DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW MULLIGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1024

[November 9, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 16-7354CF10A and 16-6882 CF10A.

Matthew Mulligan, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***